UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>        Plaintiff,<br><br>    vs.<br><br>VEEAM SOFTWARE CORPORATION<br><br>        Defendant. | Case No. 3:12-cv-00700 SI (consolidated for all purposed with Civil Action No. 12-01035-SI)<br><br>[~~PROPOSED~~] ORDER REGARDING SYMANTEC'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT |

IT IS HEREBY ORDERED:

1.  Symantec's response to Veeam's Motion to Dismiss will be due on May 4, 2012;

2.  Veeam's reply will be due on May 11, 2012; and

3.  The motion will be heard on May 25, 2012.


DATED: April 30 2012

By: /s/ Susan Illston
Hon. Susan Illston
United States District Judge

Case No. 3:12-cv-00700 SI
[PROPOSED] ORDER REGARDING SYMANTEC'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT