UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>VEEAM SOFTWARE CORPORATION<br><br>　　　　Defendant. | Case No. 3:12-cv-00700 SI (consolidated for all purposed with Civil Action No. 12-01035-SI)<br><br>[P~~ROPOSED~~] ORDER REGARDING STIPULATION TO CONSOLIDATE HEARING ON MOTION TO DISMISS WITH THE CASE MANAGEMENT CONFERENCE |

IT IS HEREBY ORDERED THAT:

Veeam's Motion to Dismiss will be heard on June 1, 2012 at ~~2:30 p.m.~~ 9:00 a.m., the same day as the case management conference .

DATED: May 14, 2012

By: _____
Hon. Susan Illston
United States District Judge