UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>VEEAM SOFTWARE CORPORATION<br><br>    Defendant. | Case No. 3:12-cv-00700 SI (consolidated for all purposed with Civil Action No. 12-01035-SI)<br><br>**[PROPOSED] ORDER REGARDING STIPULATION TO CONSOLIDATE HEARING ON MOTION TO DISMISS WITH THE CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY ORDERED THAT:

The case management conference currently set for October 5, 2012 is rescheduled to October ~~19, 2012 at 2:30 p.m~~ 24, 2012, at 10:00 a.m.

DATED: September 21, 2012

By: _____
Hon. Susan Illston
United States District Judge

Case No. 3:12-cv-00700 SI
[PROPOSED] ORDER REGARDING STIPULATION
TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE