1  Jennifer A. Kash (Bar No. 203679)
   jenniferkash@quinnemanuel.com
2  50 California Street, 22nd Floor
   San Francisco, California 94111
3  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
4
   Dave Nelson (*pro hac vice*)
5  davenelson@quinnemanuel.com
   Chris Lawnicki (*pro hac vice*)
6  chrislawnicki@quinnemanuel.com
   500 West Madison Street, Suite 2450
7  Chicago, IL 60661
   Telephone: (312) 705-7400
8  Facsimile: (312) 705-7401

9  Attorneys for plaintiff Symantec Corporation.

10 Mark Fox Evens (*pro hac vice pending*)
   Byron L. Pickard (*pro hac vice pending*)
11 STERNE KESSLER GOLDSTEIN & FOX
   1100 New York Avenue
12 Washington, DC 20005
13 Telephone: (202) 371 2600
   Facsimile: (202) 371-2540
14
   Gregory P. O'Hara
15 NIXON PEABODY
   2 Palo Alto Square
16 3000 El Camino Real, Suite 500
   Palo Alto, CA 94306
17 Telephone: (650) 320-7700
   Facsimile: (650) 320-7701
18
   Attorneys for defendant Veeam Software Corporation.
19
                    UNITED STATES DISTRICT COURT
20                  NORTHERN DISTRICT OF CALIFORNIA

21                      SAN FRANCISCO DIVISION

22
   SYMANTEC CORPORATION,
23                                        Case No. 3:12-cv-00700
           Plaintiff,
24                                        **STIPULATION REGARDING MEDIATION
       vs.                                SCHEDULE**
25
   VEEAM SOFTWARE CORPORATION
26
           Defendant.
27

28

**IT IS SO ORDERED**
*Judge Susan Illston*

Pursuant to this Court's November 8, 2012 civil minute order, Plaintiff Symantec Corporation ("Symantec") and Defendant Veeam Software Corporation ("Veeam") hereby stipulate, subject to approval of the Court, that:

1. Symantec will submit a settlement proposal on or before November 30, 2012

2. Veeam will submit a counter proposal on or before December 13, 2012

3. Principals with settlement authority for the parties will meet on December 18, 2012

DATED: November 14, 2012   QUINN EMANUEL URQUHART & SULLIVAN

By: /s/ Jennifer Kash

Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Dave Nelson (*pro hac vice*)
davenelson@quinnemanuel.com
Chris Lawnicki (*pro hac vice*)
chrislawnicki@quinnemanuel.com
500 West Madison Street, Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Kate Cassidy (*pro hac vice*)
katecassidy@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for plaintiff Symantec Corporation.

DATED: November 14, 2012   STERNE KESSLER GOLDSTEIN & FOX

By: /s/ Mark Fox Evens

Mark Fox Evens
mevens@skgf.com
1100 New York Avenue
Washington, DC 20005
Telephone: (202) 772 8888
Facsimile: (202) 371-2540

| | |
|---|---|
| 1 | Gregory P. O'Hara |
| | NIXON PEABODY |
| 2 | 2 Palo Alto Square |
| | 3000 El Camino Real, Suite 500 |
| 3 | Palo Alto, CA 94306 |
| | Telephone: (650) 320-7700 |
| 4 | Facsimile: (650) 320-7701 |
| 5 | Attorney for defendant Veeam Software Corporation |

-2-   Case No. 3:12-cv-00700 SI
STIPULATION REGARDING MEDIATION SCHEDULE

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

    _/s/_ Kate E. Cassidy_____