**NIXON PEABODY LLP**
Gregory P. O'Hara (State Bar No. 131963)
2 Palo Alto Square
3000 El Camino Real, Suite 500
Palo Alto, CA 94306
Telephone: 650.320.7750
Facsimile: 866.294.5752
Email: gohara@nixonpeabody.com

**STERNE KESSLER GOLDSTEIN & FOX**
Mark Fox Evens (*pro hac vice*)
Bryon L. Pickard (*pro hac vice*)
1100 New York Avenue
Washington, DC 20005
Telephone: 202.371.2600
Facsimile: 202.371.2540

Attorneys for Defendant Veeam Software Corporation

**QUINN, EMANUEL, URQUHART & SULLIVAN, LLP**
Jennifer A. Kash (State Bar No. 203679)
jenniferkash@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Dave Nelson (*pro hac vice*)
davenelson@quinnemanuel.com
Chris Lawnicki (*pro hac vice*)
chrislawnicki@quinnemanuel.com
500 West Madison Street, Suite 2450
Chicago, IL 60661
Telephone: 312.705.7400
Facsimile: 312.705.7401

Attorneys for Plaintiff Symantec Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>VEEAM SOFTWARE CORPORATION<br><br>Defendant. | Case No. 3:12-cv-00700 SI (consolidated for all purposes with Civil Action No. 12-01035-SI)<br>Related Case No. 3:12-cv-05443 SI]<br><br>**AMENDED STIPULATION TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE** |

**AMENDED STIPULATION TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE**

WHEREAS on January 11, 2013, Plaintiff Symantec Corporation and Defendant Veeam Software Corporation (hereinafter referred to as the "Parties") stipulated, filed and submitted to the Court a Stipulation to Reschedule the Case Management Conference [Docket No. 93] ("Stipulation").

WHEREAS the Stipulation stated that the Case Management Conference the Parties sought to continue was scheduled for February 1, 2013. The Further Case Management Conference in this case is actually scheduled for February 15, 2013 at 3:00 p.m.

WHEREAS, the Initial Case Management Conference in *Symantec Corporation v. Veeam Software Corporation*, Case No. 3:12 –CV-05443, which is related to this action, is set for February 1, 2013 at 2:30 p.m.

WHEREAS, Veeam's counsel is unavailable on February 1, 2013 and Symantec's counsel is unavailable on February 15, 2013.

WHEREAS the Parties have agreed and respectfully request that the Initial Case Management Conference scheduled for February 1, 2013 in related Case No. 3:12 –CV-05443 and the Further Case Management Conference in this action scheduled for February 15, 2013 at 3:00 p.m. be rescheduled for the same date and time.

WHEREAS, the Parties have agreed and propose that the Initial Case Management Conference in related Case No. 3:12 –CV-05443 and the Further Case Management Conference in this action be rescheduled for February 22, 2013 at 2:30 p.m.

Therefore the Parties hereby stipulate, subject to the approval of the Court, that:

1. The Parties have agreed to continue the Further Case Management Conference to be heard on the same date as the Initial Case Management Conference scheduled in the related case [3:12-cv-05443 SI];

2. The Parties are available for the Further Case Management Conference on February 22, 2013 at 2:30 p.m.; and

3. The Parties jointly request that the Further Case Management Conference be rescheduled to February 22, 2013 at 2:30 p.m. or on a date and time thereafter at the Court's convenience.

DATED: January 18, 2013          NIXON PEABODY LLP

By: /s/ GREGORY P. O'HARA
   Gregory P. O'Hara (State Bar No. 131963)
   2 Palo Alto Square
   3000 El Camino Real, Suite 500
   Palo Alto, CA 94306
   Telephone: 650.320.7750
   Facsimile: 866.294.5752
   Email: gohara@nixonpeabody.com

Attorney for Defendant Veeam Software Corporation


DATED: January 18, 2013          QUINN, EMANUEL, URQUHART & SULLIVAN

By: /s/ JENNIFER A. KASH
   Jennifer A. Kash (Bar No. 203679)
   jenniferkash@quinnemanuel.com
   50 California Street, 22nd Floor
   San Francisco, California 94111
   Telephone: (415) 875-6600
   Facsimile: (415) 875-6700

Attorneys for Plaintiff Symantec Corporation.

14288612.1

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

                     /s/ Gregory P. O'Hara

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>          Plaintiff,<br><br>     vs.<br><br>VEEAM SOFTWARE CORPORATION<br><br>          Defendant. | Case No. 3:12-cv-00700 SI (consolidated for all purposes with Civil Action No. 12-01035-SI)<br>Related Case No. 3:12-cv-05443 SI]<br><br>**PROPOSED ORDER ON AMENDED STIPULATION TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY ORDERED THAT:

The Further Case Management Conference currently set for February 15, 2013 is rescheduled to February 22, 2013 at 2:30 p.m.

DATED: January __22 2013

By:_____
     Hon. Susan Illston
     United States District Judge

14288612.1

**PROPOSED ORDER REGARDING AMENDED STIPULATION TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE**