IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION,

    Plaintiff,

v.

VEEAM SOFTWARE CORPORATION,

    Defendant.

No. C 12-00700 SI

**ORDER DENYING ADMINISTRATIVE MOTION TO SEAL**

Currently before the Court is defendant's administrative motion to seal Exhibit A to defendant's motion for leave to amend its invalidity contentions and seal Exhibit 11 to the Pickard Declaration in support thereof. Docket No. 126. Veeam seeks to file the material under seal because it was designated as highly confidential attorneys eyes only by Symantec. Symantec has clarified that the material at issue was erroneously classified as confidential and that the information can be filed in the public docket. Docket No. 127.

Therefore, Veeam's motion to seal is DENIED as moot. Veeam shall e-file a public version of Exhibit A and Exhibit 11 within five days of the date of this Order.

**IT IS SO ORDERED.**

Dated: June 14, 2013

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE