UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>VEEAM SOFTWARE CORPORATION<br><br>　　　　Defendant. | Case No. 3:12-cv-05443 SI<br>Related Case No. 3:12-cv-12-00700-SI<br><br>~~PROPOS~~ED ORDER ON STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE |

IT IS HEREBY ORDERED THAT:

The Case Management Conference in this and the related Veeam II litigation shall be rescheduled to July 19, 2013 at 3 p.m.  The Hearing on Veeam's Motion to Amend shall also be rescheduled to July 19, 2013 at 3 p.m.

DATED: June __19_, 2013

By:_____/s/ Susan Illston_____
　　Hon. Susan Illston
　　United States District Judge

---

**PROPOSED ORDER RE STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**