UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION, | Case No. 3:12-cv-05443 SI |
| Plaintiff, | Related Case No. 3:12-cv-12-00700-SI |
| vs. | ~~PROPOS~~ED ORDER ON STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE |
| VEEAM SOFTWARE CORPORATION | |
| Defendant. | |

IT IS HEREBY ORDERED THAT:

The Case Management Conference in this and the related Veeam II litigation shall be rescheduled to July 19, 2013 at 3 p.m.  The Hearing on Veeam's Motion to Amend shall also be rescheduled to July 19, 2013 at 3 p.m.

DATED: June __19_, 2013

By:_____/s/ Susan Illston_____
Hon. Susan Illston
United States District Judge

PROPOSED ORDER RE STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE