**QUINN, EMANUEL, URQUHART & SULLIVAN, LLP**
Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kate Cassidy
katecassidy@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7100

Attorneys for plaintiff Symantec Corporation

**NIXON PEABODY LLP**
Gregory P. O'Hara (State Bar No. 131963)
2 Palo Alto Square
3000 El Camino Real, Suite 500
Palo Alto, CA 94306
Telephone: 650.320.7750
Facsimile: 866.294.5752
Email: gohara@nixonpeabody.com

**STERNE KESSLER GOLDSTEIN & FOX**
Mark Fox Evens (pro hac vice)
Bryon L. Pickard (pro hac vice)
1100 New York Avenue
Washington, DC 20005
Telephone: 202.371.2600
Facsimile: 202.371.2540

Attorneys for defendant Veeam Software Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>    Plaintiff,<br><br>  vs.<br><br>VEEAM SOFTWARE CORPORATION,<br><br>    Defendant. | Case No. 3:12-cv-00700-SI and related Case No. 3:12-cv-05443-SI<br><br>**[~~PROPOSED~~] ORDER GRANTING THE PARTIES STIPULATION TO EXTEND DEADLINES RELATED TO SYMANTEC'S RULE 42(a) MOTION TO CONSOLIDATE** |

1 | IT IS HEREBY ORDERED THAT:

2 | Veeam's Response to Symantec's Motion shall be extended to August 30, 2013.

3 | Symantec's Reply to Veeam's Response shall be extended to September 6, 2013.

5 | DATED: 8/26/13

6 | Honorable Susan Illston

1

[PROPOSED] ORDER GRANTING STIPULATION
TO EXTEND DEADLINES FOR MOTION TO CONSOLIDATE