1  Jennifer A. Kash (Bar No. 203679)
   jenniferkash@quinnemanuel.com
2  50 California Street, 22nd Floor
   San Francisco, California 94111
3  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
4
   Dave Nelson (*pro hac vice*)
5  davenelson@quinnemanuel.com
   500 West Madison Street, Suite 2450
6  Chicago, IL 60661
   Telephone: (312) 705-7400
7  Facsimile: (312) 705-7401

8  Kate Cassidy (*pro hac vice*)
   katecassidy@quinnemanuel.com
9  51 Madison Avenue, 22nd Floor
   New York, NY 10010
10 Telephone: (212) 849-7000
   Facsimile: (212) 849-7100
11
   Attorneys for plaintiff Symantec Corporation.
12
   Mark Fox Evens (*pro hac vice*)
13 Byron L. Pickard (*pro hac vice*)
   STERNE KESSLER GOLDSTEIN & FOX
14 1100 New York Avenue
   Washington, DC 20005
15 Telephone: (202) 371 2600
   Facsimile: (202) 371-2540
16
17 Attorneys for defendant Veeam Software Corporation.

18
                UNITED STATES DISTRICT COURT
19                NORTHERN DISTRICT OF CALIFORNIA

20                   SAN FRANCISCO DIVISION

21
   SYMANTEC CORPORATION,
22                                          Case No. 3:12-cv-00700 SI
             Plaintiff,
23                                          **[PROPOSED]** ORDER CONSOLIDATING
         vs.                                SYMANTEC CORPORATION V. VEEAM
24                                          SOFTWARE CORPORATION, CASE NO.
   VEEAM SOFTWARE CORPORATION                3:12-CV-00700 SI ("VEEAM I") WITH
25                                          SYMANTEC CORPORATION V. VEEAM
             Defendant.                      SOFTWARE CORPORATION, CASE NO.
26                                          3:12-CV-05443 SI ("VEEAM II")
                                            ADMINISTRATIVELY CLOSING 12-5443 SI
27

28

                                                        Case No. 3:12-cv-00700 SI
            [PROPOSED] ORDER TO CONSOLIDATE VEEAM I AND VEEAM II

IT IS HEREBY ORDERED THAT:

1. Veeam I shall be consolidated with Veeam II;

2. Symantec shall file stipulation papers dismissing U.S. Patent 7,254,682 with prejudice from the consolidated case within five days of this order;

3. All dates in the Veeam I case schedule are vacated (including the deadline for expert discovery, summary judgment, and trial) and the consolidated case shall proceed on the following schedule:

| Activity | Due Date |
| --- | --- |
| Claim Construction Hearing for Veeam II | 9/18/13 (Dkt 154) |
| Close of Fact Discovery for Veeam II | 90 days after the claim construction ruling |
| Opening Expert Reports on Veeam II issues | 60 days after the close of fact discovery |
| Rebuttal Expert Reports on Veeam II issues | 120 days of the close of fact discovery |
| Close of Expert Discovery (i.e. depositions) for Veeam I and Veeam II | 165 days after the close of fact discovery |
| Summary Judgment Opening Briefs | 30 days after the close of expert-witness discovery |
| Summary Judgment Opposition Briefs | 30 days after service of the opening brief |
| Summary Judgment Reply Briefs | 15 days after the service of the opposition brief. |
| Summary Judgment Hearing | At the Court's convenience |
| Pretrial Conference | TBD |
| Trial | TBD |

4. Symantec's expert Jim Kearl will submit the irreparable injury report in the Veeam II case.

5. Symantec's expert Jeff Stec will submit the market research report in the Veeam II case.

6. Symantec's expert Raymond Sims will submit the lost profits/reasonable royalty report in the Veeam II.

DATED: August 29, 2013          By: _____
                                    Hon. Susan Illston
                                    United States District Judge

Due to the consolidation of these cases, C-12-5443 shall be administratively closed and all further filings shall be made in C-12-0700 SI.