UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>   Plaintiff,<br><br> vs.<br><br>VEEAM SOFTWARE CORPORATION<br><br>   Defendant. | Case No. 3:12-cv-00700 SI<br><br>[~~PROPOSED~~] ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

IT IS HEREBY ORDERED THAT the CMC currently set for April 25, 2014, is rescheduled to April 4, 2014.

DATED: MARCH 17, 2014   By: _____
               Hon. Susan Illston
               United States District Judge