UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SYMANTEC CORPORATION,

     Plaintiff,

vs.

VEEAM SOFTWARE CORPORATION

     Defendant.

Case No. 3:12-cv-00700 SI

[~~PROPOSED~~] ORDER REGARDING STIPULATION FOR SYMANTEC TO SUPPLEMENT ITS INFRINGEMENT CONTENTIONS AND FOR VEEAM TO SUPPLEMENT ITS INVALIDITY CONTENTIONS

IT IS HEREBY ORDERED THAT:

(1) Symantec shall serve amended infringement contentions to include Veeam's Backup & Replication v7.0 for U.S. Patent No. 7,093,086 and to expand Symantec's doctrine of equivalents contention for U.S. Patent No. 7,024,527 within 10 days of this order; and

(2) Veeam shall serve supplemental invalidity contentions to assert Backup Exec 11d against U.S. Patent No. 7,831,861 within 10 days of this order.

DATED: MARCH 27, 2014    By: _____
                                    Hon. Susan Illston
                                    United States District Judge