IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION,　　　　　　　　No. C 12-00700 SI

　　　　　　Plaintiff,　　　　　　　　　　　**Second**
　　　　　　　　　　　　　　　　　　　　　　**PRETRIAL PREPARATION ORDER**
　　v.

VEEAM SOFTWARE CORPORATION,

　　　　　　Defendant.
　　　　　　　　　　　　　　　　　　　/

　　　It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 25, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is July 18, 2014.

DESIGNATION OF EXPERTS: 7/31/14; REBUTTAL: 9/15/14.
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 30, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by December 10, 2013;

　　Opp. Due January 12, 2015;  Reply Due January 26, 2015;

　　and set for hearing no later than February 13, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 7, 2015 at 3:30 PM.

JURY TRIAL DATE: April 20, 2015 at 8:30 AM.,
　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties resolved several of the discovery issues that were set out in their case management conference statement filed on 3/28/14.
Twelve 3rd party subpoenas are withdrawn.  The 30(b)(6) witness shall be produced.
The parties have agreed to issue five 3rd party subpoenas with depositions to be completed by July 18, 2014.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 4/7/14

_____
SUSAN ILLSTON
United States District Judge