IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION,                          No. C 12-0700 SI

           Plaintiff,                          **ORDER DENYING WITHOUT**
**PREJUDICE DISCOVERY LETTER**
  v.

VEEAM SOFTWARE CORPORATION,

           Defendant.
_____/

On May 14, 2014, plaintiff Symantec Corporation ("Symantec") filed a non-joint discovery letter. Docket No. 193. In the letter, Symantec states that defendant Veeam Software Corporation ("Veeam") refused to participate in completing the joint-letter because Veeam objected to the font used by Symantec in the discovery letter. *Id.*

Civil Local Rule 3-4(c)(2) requires that printed text contained in a filing must be no smaller than "12-point standard font (e.g., Times New Roman). The text of footnotes and quotations must also conform to these font requirements." Although the text in discovery letters need not be double spaced, the text must meet these font size requirements. The font size requirements contained in the Court's Local Rules are necessary to ensure that the Court can adequately and comfortably read the arguments and analysis provided in the parties' filings.

The present discovery letter does not comply with the Local Rule's font size requirements. If Symantec is unable to fit its arguments and analysis into its portion of a 5-page joint discovery letter, then the proper course would be to file an oversized joint discovery letter along with an administrative motion for leave to exceed the discovery letter page limits set forth in the Court's standing order. Accordingly, the Court DENIES WITHOUT PREJUDICE Symantec's discovery letter. Docket No. 193.

**IT IS SO ORDERED.**

Dated: May 15, 2014

_____
SUSAN ILLSTON
United States District Judge

United States District Court

For the Northern District of California