IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION, | No. C 12-0700 SI |
| Plaintiff, | **ORDER SCHEDULING DISCOVERY TELECONFERENCE** |
| v. | |
| VEEAM SOFTWARE CORPORATION, | |
| Defendant. | |

On May 16, 2014, plaintiff filed a discovery letter requesting a discovery teleconference. Docket No. 199. For good cause shown, the Court GRANTS plaintiff's request and SCHEDULES a discovery teleconference for **Thursday, May 22, 2014** at **10:00 a.m.** In addition, as proposed in the discovery letter, the Court ORDERS the parties to submit a one-paragraph summary of their respective positions for each issue listed in the letter by **Wednesday, May 21, 2014** at **12:00 p.m.**

**IT IS SO ORDERED.**

Dated: May 19, 2014

SUSAN ILLSTON
United States District Judge