IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION, | No. C 12-0700 SI |
| Plaintiff, | **ORDER RE: DISCOVERY DISPUTES** |
| v. | |
| VEEAM SOFTWARE CORPORATION, | |
| Defendant. | |

On May 16, 2014, plaintiff filed a discovery letter requesting a discovery teleconference, so that the parties could resolve seven discovery disputes. Docket No. 199. The Court held the requested discovery teleconference on May 22, 2014. In accordance with the matters discussed at the discovery teleconference, the Court ORDERS as follows:

Issue 1:   Symantec's request for further responses is denied.

Issue 2:   Symantec's request for a further response is denied.

Issue 3:   Symantec is granted leave to serve an additional 30 document-only third-party subpoenas under Rule 45. Symantec must provide Veeam with 7-days notice of the subpoena prior to serving any third-party document subpoenas.

Issue 4:   Veeam must provide a further production on testing and direct contact materials by **May 27, 2014**. In addition, with respect to the videos, Veeam must provide Symantec with information disclosing the date each video was filmed and whether the filming location was in the United States by **May 27, 2014**.

Issue 5:   Veeam must complete its document production by **May 30, 2014**.

Issue 6: Veeam will check if a database containing its customer email and telephone information exists by the end of today, **May 22, 2014**, and will produce such a database if it exists.

Issue 7: The parties are ordered to meet and confer with respect to this issue.

This Order resolves Docket Nos. 201, 202.

**IT IS SO ORDERED.**

Dated: May 23, 2014

_____
SUSAN ILLSTON
United States District Judge