IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION, | No. C 12-0700 SI |
| Plaintiff, | **ORDER RE: DISCOVERY DISPUTE** |
| v. | |
| VEEAM SOFTWARE CORPORATION, | |
| Defendant. | |

On May 16, 2014, Symantec filed a discovery letter requesting a discovery teleconference, so that the parties could resolve seven discovery disputes. Docket No. 199. The Court held the requested discovery teleconference on May 22, 2014. On May 23, 2014, the Court issued an order resolving the parties' disputes. Docket No. 204. As part of the order, the Court ordered Veeam to provide Symantec with information disclosing the date each video at issue was filmed and whether the filming location was in the United States by May 27, 2014. *Id.*

On May 29, 2014, Veeam filed a non-joint discovery letter seeking relief from the May 27, 2014 deadline. Docket No. 207. In the letter, Veeam states that it would be impossible to comply with the Court's order by May 27, 2014 and requests that the Court extend the deadline by 30 days. *Id.* On June 2, 2014, Symantec filed a response to Veeam's discovery letter. Docket No. 210. In its response, Symantec argues that Veeam should have been able to comply with the deadline and requests that the Court enter an order permitted the jury to infer that all the videos were made in the United States after October 22, 2012. *Id.* However, Symantec does not assert that it would be prejudiced by the Court granting Veeam the requested extension of time.

After reviewing the arguments set forth in the parties' discovery letters, the Court concludes that Veeam has shown good cause to extend the deadline. Accordingly, the Court GRANTS Veeam's request for relief from the Court's May 23, 2014 order and ORDERS Veeam to provide Symantec with information disclosing the date each video was filmed and whether the filming location was in the United States by **June 26, 2014.** This Order resolves Docket Nos. 207, 208, 210.

**IT IS SO ORDERED.**

Dated: June 4, 2014

SUSAN ILLSTON
United States District Judge