IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>VEEAM SOFTWARE CORPORATION,<br><br>      Defendant.<br>                                    / | No. C 12-0700 SI<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY** |

On May 14, 2014, defendant filed a motion to strike plaintiff's May 9, 2014 infringement contentions. Docket No. 194. On June 6, 2014, plaintiff filed a motion for leave to file a sur-reply brief to address new matters that were raised for the first time in defendant's reply brief in support of its motion to strike. Docket No. 214. For good cause shown, the Court GRANTS plaintiff's motion for leave to file a sur-reply brief. Docket No. 214.

**IT IS SO ORDERED.**

Dated: June 9, 2014

                                                        SUSAN ILLSTON
                                                        United States District Judge