IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION, | No. C 12-0700 SI |
| Plaintiff, | **ORDER RE: STAY** |
| v. | |
| VEEAM SOFTWARE CORPORATION, | |
| Defendant. | |

On June 11, 2014, defendant Veeam filed a motion to stay the action pending inter partes review. Docket No. 220. On June 25, 2014, the Court granted the parties' stipulation to stay the action in light of the inter partes review until May 1, 2015. Docket No. 237. Accordingly, the Court DENIES AS MOOT Veeam's motion to stay. Docket No. 220. In addition, the Court DENIES Veeam's motion to strike Symantec's May 9, 2014 infringement contentions WITHOUT PREJUDICE to Veeam refiling the motion once the stay is lifted. Docket No. 194.

**IT IS SO ORDERED.**

Dated: June 25, 2014

SUSAN ILLSTON
United States District Judge