UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>VEEAM SOFTWARE CORPORATION,<br><br>    Defendant. | Case No.  3:12-cv-00700-SI<br><br>**ORDER TO FILE JOINT STATUS REPORT** |

In June, 2014, pursuant to the parties' stipulation, this Court stayed this action pending the PTAB decision on IPRs on five patents in suit. In August, 2014, the parties notified the Court that the PTAB had completed its review of the '086 patent, finding all asserted claims unpatentable. The parties further represented that they expected final IPR decisions from the PTAB on the four remaining patents in suit by April, 2015. See Dkt. 241.

No further notice has been provided to the Court since then. Accordingly, IT IS ORDERED that **no later than May 15, 2015, the parties shall file a Joint Status Report**, describing the current status of the PTAB proceedings and indicating when the parties anticipate seeking to lift the stay in this case and return to this Court for further proceedings.

**IT IS SO ORDERED.**

Dated: May 7, 2015

_____
SUSAN ILLSTON
United States District Judge