UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION,

    Plaintiff,

    v.

VEEAM SOFTWARE CORPORATION,

    Defendant.

Case No. 3:12-cv-00700-SI

**ORDER TO FILE JOINT STATUS REPORTS**

This action has been dismissed as to all causes of action related to all asserted patents, except the causes of action relating to the '527 patent. As to the '527 patent, the action is stayed, pending resolution by the Federal Circuit of plaintiff's appeal of the PTAB decision finding all asserted claims of the '527 patent unpatentable (see IPR 2014-00090). See Dkt. 246.

Accordingly, IT IS ORDERED that **every 60 days, beginning August 14, 2015, the parties shall file a Joint Status Report**, describing the current status of the PTAB proceedings and indicating when the parties anticipate seeking to lift the stay in this case and return to this Court for further proceedings.

**IT IS SO ORDERED.**

Dated: August 3, 2015

_____
SUSAN ILLSTON
United States District Judge