UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>VEEAM SOFTWARE CORPORATION,<br><br>    Defendant. | Case No.   3:12-cv-00700-SI<br><br>**ORDER TO FILE JOINT STATUS REPORTS** |

This action has been dismissed as to all causes of action related to all asserted patents, except the causes of action relating to the '527 patent.  As to the '527 patent, the action is stayed, pending resolution by the Federal Circuit of plaintiff's appeal of the PTAB decision finding all asserted claims of the '527 patent unpatentable (see IPR 2014-00090).  See Dkt. 246.

On August 3, 2015, the parties were ordered to file a Joint Status Report every 60 days. The last such report was filed December 14, 2015, and the next was due February 15, 2016.  See Dkt. No. 251.  No such report has been filed.  The parties are **ORDERED** to file a Joint Status Report, describing the current status of the PTAB proceedings and indicating when the parties anticipate seeking to lift the stay in this case and return to this Court for further proceedings, no later than March 11, 2016**.**  The parties are further **ORDERED** file a document, **signed by the senior lawyer for each party**, describing the plan they will implement to assure that in future such reports are timely filed in accordance with the Court's orders.

**IT IS SO ORDERED.**

Dated: March 8, 2016

                                                                          _____
                                                                          SUSAN ILLSTON
                                                                          United States District Judge