**quinn emanuel** trial lawyers | chicago

500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401

WRITER'S DIRECT DIAL NO.
**(312) 705-7465**

WRITER'S EMAIL ADDRESS
**davenelson@quinnemanuel.com**

October 11, 2016

<u>VIA CM/ECF</u>

Hon. Susan Illston
United States District Judge
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102

Re:   *Symantec Corp v. Veeam Software Corp* Case No. 12-cv-700

Dear Judge Illston:

On September 22, 2016, the Court dismissed the last remaining patent in this case with prejudice. Dkt 261.  Earlier today, Ms. Kasamoto advised the parties to submit a stipulation and proposed order asking the Court to close this case.  The parties will prepare that submission and file it by the end of the week.

Very truly yours,

/s/

David A. Nelson


Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from the signatory shown above.

            /s/ *Kate E. Cassidy*
Kate E. Cassidy

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH

03869-30080/8450458.1