1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| SYMANTEC CORPORATION, | |
|---|---|
| Plaintiff, | Case No. 3:12-cv-00700 SI |
| vs. | [~~PROPOSED~~] ORDER CLOSING THE CASE |
| VEEAM SOFTWARE CORPORATION | |
| Defendant. | |

IT IS HEREBY ORDERED THAT that this case shall be closed.

DATED: October 17, 2016        By: _____

                                           Hon. Susan Illston

                                           United States District Judge